**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>Miranda Anne Merchant,<br><br>        Debtor | Chapter 7<br>Case No. 18-10457 |

## ORDER DENYING MOTION FOR JURY TRIAL

On January 28, 2020, the Debtor filed a Motion for Jury Trial [Dkt. No. 146]. The Motion for Jury Trial is hereby DENIED. Even if the Debtor had a right to a jury trial in a civil contempt proceeding (a proposition that is dubious, at best), *see, e.g.*, Shilltani v. United States, 384 U.S. 364 (1996), the right has been waived by the debtor's failure to raise that right in a timely manner, *see* Fed. R. Civ. P. 38(b) (providing that a party may demand a jury trial by filing and serving a written demand "no later than 14 days after the last pleading directed to the issue is served"); Fed. R. Civ. P. 38(d) ("A party waives a jury trial unless its demand is properly served and filed."); *see also* Fed. R. Bankr. P. 9015(a) (making Fed. R. Civ. P. 38 applicable in all bankruptcy cases and proceedings). Demanding a jury trial three days before the evidentiary hearing is scheduled to begin appears to be nothing more than a delay tactic, and far from a good faith attempt to assert any right that may exist under the United States Constitution.

Dated: January 29, 2020

                                              Michael A. Fagone
                                              United States Bankruptcy Judge
                                              District of Maine